Caroline Van Ness (SBN 281675)
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4660
caroline.vanness@skadden.com

Boris Bershteyn (*pro hac vice* pending)
Karen Hoffman Lent (*pro hac vice* pending)
Evan R. Kreiner (*pro hac vice* pending)
Sam Auld (*pro hac vice* pending)
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
boris.bershteyn@skadden.com
karen.lent@skadden.com
evan.kreiner@skadden.com
sam.auld@skadden.com

*Attorneys for Defendants*
*Greystar Management Services, LLC*
*& Greystar California, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| LOUIE GOMEZ, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GREYSTAR MANAGEMENT SERVICES, LLC, and GREYSTAR CALIFORNIA, INC.,<br><br>Defendants. | Case No. 4:26-cv-06836-HSG<br><br>**ORDER DENYING STIPULATED REQUEST FOR AN ORDER TO ADJOURN INITIAL CASE MANAGEMENT CONFERENCE PURSUANT TO LOCAL RULE 6-2**<br><br>Honorable Haywood S. Gilliam, Jr. |

PURSUANT TO STIPULATION, IT IS ORDERED that:

1. The Case Management Conference currently scheduled for October 6, 2026, at 2:00 p.m. is adjourned sine die;

2. The deadlines for the Parties to hold a Fed. R. Civ. P. 26(f) conference and to file the Joint Case Management Statement and serve Initial Disclosures are stricken.

**IT IS SO ORDERED.**

Dated: 9/23/2026




H M, JR.,
U JUDGE