United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOUIE GOMEZ,

Plaintiff,

v.

GREYSTAR MANAGEMENT SERVICES, LLC, et al.,

Defendants.

Case No. 26-cv-06836-HSG

**SCHEDULING ORDER**

A case management conference was held on October 6, 2026. Having considered the parties' proposals, *see* Dkt. Nos. 29 and 32, the Court **SETS** the following deadlines[1] pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
| --- | --- |
| First Amended Complaint | October 13, 2026 |
| Answer/ Motion to Dismiss | November 24, 2026 |
| Stipulation to File Second Amended Complaint (if any) | December 8, 2026 |
| Second Amended Complaint ("SAC") | December 11, 2026 |
| Opposition to Motion to Dismiss (if no SAC filed) | January 12, 2027 |
| Reply in Support of Motion to Dismiss | February 2, 2027 |
| Hearing on Motion to Dismiss | February 18, 2027, at 2:00 p.m. |

[1] To the extent the schedule differs from what was discussed during the case management conference, the Court finds that it balances the parties' desire for time to prepare while still moving the case forward efficiently.

United States District Court
Northern District of California

To the extent Plaintiff chooses to file a SAC rather than oppose the motion to dismiss, the parties shall meet and confer and file a stipulation and proposed order setting a briefing schedule for any renewed motion to dismiss. The Court will set a schedule through class certification once the pleadings have been settled. These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 10/7/2026

Haywood S. Gilliam, Jr.

HAYWOOD S. GILLIAM, JR.
United States District Judge